### 10834. DYER v. BLACK.

LUKE, J. This case is here upon the sole assignment of error that the verdict is without evidence to support it. The evidence, though conflicting, supports the verdict; and, the judge who tried the case having approved the verdict, this court cannot reverse the judgment overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 12, 1919.

Lien foreclosure; from Carroll superior court—Judge Terrell. July 9, 1919.

*Boykin & Boykin,* for plaintiff in error.

*H. C. Strickland,* contra.